415213    0307-10280

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACHARY D. MCCAIN | CIVIL ACTION NO. 10-2918 |
| VERSUS | SECTION "I"<br>Judge Lance M. Africk |
| SPARTAN OFFSHORE DRILLING, L.L.C., MARINER ENERGY, INC. AND BJ SERVICES COMPANY | MAG 5<br>Chief Magistrate Judge Alma L. Chasez |

### JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Zachary McCain, and defendants, Spartan Offshore Drilling, L.L.C., Mariner Energy, Inc., and BJ Services Company, who upon suggesting to the Court that the parties herein have settled, satisfied and compromised all of their respective claims, respectfully request that the Court dismiss the above-captioned suit with prejudice, and that each party agrees to bear its own respective costs.

　　　　　　　　　　　　　　*/s/ Carisa German-Oden*
　　　　　　　　　　　　　　Carisa German-Oden (#31463)
　　　　　　　　　　　　　　DAVIS SAUNDERS, PLC
　　　　　　　　　　　　　　400 Mariners Plaza Drive, Suite 401
　　　　　　　　　　　　　　Mandeville, LA 70448
　　　　　　　　　　　　　　Telephone: (985) 612-3070
　　　　　　　　　　　　　　Facsimile:  (985) 612-3072
　　　　　　　　　　　　　　Attorneys for Plaintiff, Zachary McCain

/s/ Allan C. Crane
Ronald A. Johnson, T.A. (#07329)
Allan C. Crane (#23700)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for Defendants, Spartan Offshore Drilling, L.L.C., and Mariner Energy, Inc.


/s/ Richard A. Chopin
Mr. Richard A. Chopin (#4088)
CHOPIN, WAGAR, RICHARD & KUTCHER
3850 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
Attorneys for BJ Services Company


### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.


s/ Allan C. Crane