UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZACHARY D. MCCAIN                                         CIVIL ACTION

VERSUS                                                    No. 10-2918

SPARTAN OFFSHORE DRILLING,                                SECTION "I"
L.L.C, ET AL.

## ORDER

Considering the parties joint motion[1] to dismiss this action with prejudice due to settlement,

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

New Orleans, Louisiana, July __7th__, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 30.